

**CHARLES TRAUBE, M.D.**
**ARTHUR M. MARUSH, M.D.**
**SIDNEY PLAWES, M.D.**

CARDIOLOGY

| 2270 Kimball Street | 3131 Kings Highway |
| Suite 101 | Suite D4 |
| Brooklyn, NY 11234 | Brooklyn, NY 11234 |
| (718) 692-2700 | (718) 951-9222 |

April 15, 2013

Re: Abraham Roth

To Whom It May Concern:

Abraham Roth is a patient of mine that was recently diagnosed with arrhythmia, as well as cardio-myopathy. We have started him on multiple medications and he may require hospitalization. He cannot testify in court at this time.

If I can be of further assistance, please contact me at number above.

Sincerely,

*Charles Traube, MD*